No. 86–7016.  REITER v. CROSIER ET AL.  C. A. 5th Cir. Certiorari denied.

No. 86–7017.  COLEMAN v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 86–7018.  COLEMAN v. CARVEL GARDENS APARTMENTS. Sup. Ct. Del.  Certiorari denied.

No. 86–7019.  TRICKER v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 86–7020.  BROWN v. DYKE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 86–7021.  BLADE v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86–7024.  KNUCKLES v. OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 86–7026.  HOWLETT v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 86–7027.  CHANSON v. BUTLER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–7028.  LONG v. COUNTY OF PULASKI, MISSOURI, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 86–7030.  WAYNE v. TRICKEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL INSTITUTION.  C. A. 8th Cir. Certiorari denied.

No. 86–7031.  STONE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–7033.  PRATT v. THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 86–7034.  REIDT v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.